**STATE of Missouri, Respondent,**

v.

**Sylvester YOUNG, Appellant.**

**No. WD 35709.**

Missouri Court of Appeals,
Western District,
Division Eleven.

March 12, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied April 30, 1985.

Application to Transfer Denied June 25, 1985.

James W. Fletcher, Public Defender, Kent Gipson, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., Presiding, SHANGLER and MANFORD, JJ.

PER CURIAM:

### ORDER

This is a direct appeal from a jury conviction for murder, first degree.

Judgment affirmed. Rule 30.25(b).